```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION

                       CIVIL MINUTES - GENERAL
```

Case No.: <u>CV 08-129 AHS (ANx)</u>                Date: <u>January 14, 2009</u>

Title:   <u>Dannez Hunter v. U.S. Department of Education, et al.</u>
==================================================================
PRESENT:  **HON. <u>ALICEMARIE H. STOTLER</u>, U.S. DISTRICT JUDGE**

        <u>Ellen Matheson</u>                   <u>Not Present</u>
        Deputy Clerk                      Court Reporter

**ATTORNEYS PRESENT:**  None

**PROCEEDINGS:**    (IN CHAMBERS) ORDER: (1) DISCHARGING THE
                    COURT'S DECEMBER 29, 2008, ORDER TO SHOW
                    CAUSE; (2) VACATING THE FEBRUARY 2, 2009,
                    RULE 26(f) REPORT FILING DEADLINE; AND (3)
                    ORDERING PLAINTIFF TO SHOW CAUSE WHY ACTION
                    SHOULD NOT BE DISMISSED

**I.**     <u>**Procedural History**</u>

    On December 29, 2008, the Court issued an Order to Show Cause why sanctions should not be imposed for failure to file a joint report as required under Fed. R. Civ. P. 26(f)(2).  On January 9, 2009, plaintiff filed a response.  On January 12, 2009, individually-named defendants Margaret Spelling, Henry M. Paulson, and Richard George (collectively, "individually-named defendants") filed responses.

**II.**    <u>**Order Discharging the Court's December 29, 2008, Order to Show Cause, and Vacating the February 2, 2009, Rule 26(f) Report Filing Deadline**</u>

    Having read and considered foregoing responses, the Court hereby discharges the Order to Show Cause and vacates the February 2, 2009, filing deadline for the Joint Rule 26(f) Report.

---

**MINUTES FORM 11**                           **INITIALS OF DEPUTY CLERK** <u>enm</u>
**CIVIL - GEN      KB               D - M**
O:\ECF Ready\SACV08-129, Disch OSC & OSC Re Prosc.wpd

<u>Dannez Hunter v. U.S. Department of Education, et al.</u>
CV 08-129 AHS (ANx)
January 14, 2009


**III.     <u>Order to Show Cause Why Case Should Not be Dismissed</u>**

As the individually-named defendants note in their responses, the Court record indicates that this action has not being diligently prosecuted by plaintiff in that the individually-named defendants have not been properly served with a summons and complaint.  More than 120 days have elapsed since plaintiff filed the First Amended Complaint.  <u>See</u> Fed. R. Civ. P. 4(m).  No proofs of service are on file for the individually-named defendants with respect to the First Amended Complaint.

It is hereby ordered that plaintiff show cause within twenty days of the date of this Order why this case should not be dismissed for failure to diligently prosecute.  Fed. R. Civ. P. 4(m); Local Rule 41.  Failure to timely comply with this Order shall result in the dismissal of the individually-named defendants and, consequently, this action.

The Clerk shall serve this minute order on all parties in this action.